26 A.3d 472

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kevin McDERMOTT, Petitioner.**

**No. 8 EM 2011.**

Supreme Court of Pennsylvania.

Aug. 1, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of August, 2011, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** *See* Pa.R.Crim.P. 122. Counsel shall file a Petition for Allowance of Appeal within 15 days of this order.